[Hillsborough, June, 1879.]

STEARNS *v.* WALLACE.

*W. W. Bailey,* for the plaintiff.

*Wadleigh & Wallace,* for the defendant.

No briefs furnished.

DOE, C. J. There is nothing in the case to take it out of the general rule that an infant is responsible for his torts. *Fitts* v. *Hall,* 9 N. H. 441; *School District* v. *Bragdon,* 23 N. H. 507, 516; *Beckley* v. *Newcomb,* 24 N. H. 359; *Woodman* v. *Hubbard,* 25 N. H. 67, 73; *Prescott* v. *Norris,* 32 N. H. 101; *Eaton* v. *Hill,* 50 N. H. 235; Cooley Torts 103.

*Exception overruled.*

BINGHAM, J., did not sit: the others concurred.

---

[Sullivan, June, 1879.]

EDES *v.* SCRIBNER *& a.*

BILL IN EQUITY, for an injunction. Case agreed. The facts are the same as those reported in *Dow* v. *Edes,* 58 N. H. 193, the defendant Scribner being one of the defendants in that case.

*Edes & Newton,* for the plaintiff.

*Barton,* for Scribner.

FOSTER, J. This case is controlled by the decision in *Dow* v. *Edes,* 58 N. H. 193, and by the agreed case there must be

*Judgment for the defendant for costs.*

DOE, C. J., did not sit: the others concurred.